```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 13124
    JASIM A HALEEM
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-8209

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/13/2006 and was confirmed 12/20/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 09/01/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
WELLS FARGO                CURRENT MORTG        .00            .00           .00
AT&T UNIVERSAL             UNSECURED       NOT FILED           .00           .00
AVCO FINANCE               UNSECURED       NOT FILED           .00           .00
B-REAL LLC                 UNSECURED         1675.45           .00       1675.45
LVNV FUNDING LLC           UNSECURED         1172.82           .00       1172.82
DISCOVER CARD              UNSECURED         7950.75           .00       7950.75
DISCOVER CARD              NOTICE ONLY    NOT FILED            .00           .00
FIFTH THIRD BANK           UNSECURED          848.10           .00        848.10
FIRST DATA MERCHANT SVC    UNSECURED       NOT FILED           .00           .00
MBNA AMERICA               UNSECURED       NOT FILED           .00           .00
ROUNDUP FUNDING LLC        UNSECURED         5328.67           .00       5328.67
LVNV FUNDING LLC           UNSECURED         2257.73           .00       2257.73
B-REAL LLC                 UNSECURED       NOT FILED           .00           .00
ILLINOIS DEPT OF REVENUE   PRIORITY          913.72            .00        913.72
JEFF WHITEHEAD             DEBTOR ATTY     1,874.00                     1,874.00
TOM VAUGHN                 TRUSTEE                                      1,593.10
DEBTOR REFUND              REFUND                                       6,110.76

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             29,725.10

PRIORITY                                     913.72
SECURED                                         .00
UNSECURED                                 19,233.52
ADMINISTRATIVE                             1,874.00
TRUSTEE COMPENSATION                       1,593.10
DEBTOR REFUND                              6,110.76
                    ---------------     ---------------
TOTALS              29,725.10             29,725.10

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 13124 JASIM A HALEEM
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/29/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 13124 JASIM A HALEEM